IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:17-00209

JEROME JONES

## MEMORANDUM OPINION AND ORDER

Pending before the court is Assistant Federal Public
Defender Lex A. Coleman's motion to withdraw as counsel.  (ECF
No. 39).  In that motion, Mr. Coleman states "that the attorney
client relationship has deteriorated to the point that defendant
has requested new counsel."  Id.  Based upon Mr. Coleman's
filing, it appears that there has been a total breakdown in
communication between counsel and defendant making productive
attorney-client communication impossible.  Accordingly,
defendant's motion is **GRANTED**, Mr. Coleman is relieved from his
representation of Mr. Jones, and the CJA Supervising Attorney is
directed to appoint new counsel to represent defendant.

The Clerk is directed to send a copy of this Memorandum
Opinion and Order to counsel of record, the Federal Public
Defender, the United States Marshal for the Southern District of
West Virginia, the CJA Supervising Attorney, and the Probation
Office of this court.

**IT IS SO ORDERED** this 21st day of August, 2018.

ENTER:

David A. Faber
Senior United States District Judge